IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
(Martinsburg Division)

ALISHA M. METHOD, ADMINISTRATRIX
FOR THE ESTATE OF STEVEN ROGER METHOD

PLAINTIFF,

vs.

**CIVIL ACTION NO. 3:07cv52**

MELVIN DALE ULREY, JR., individual,
and
LEGENDS TRUCKING, LLC, a Virginia Limited Liability Company,
and
TREX COMPANY, INC., a Virginia Corporation

DEFENDANTS,

## ORDER GRANTING MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT

On the 14th day of September, 2007 came the Defendant Trex Company, Inc. pursuant to Rule 14 of the Federal Rules of Civil Procedure and moved this Court for leave to permit it to file a Third-Party Complaint against the Capon Springs Volunteer Fire and Rescue Company, Inc. Upon considering Trex Company, Inc.'s Motion, and for good cause shown, the Court hereby does grant said Motion For Leave To File A Third-Party Complaint Against Capon Springs Volunteer and Rescue Company, Inc.

Trex Company, Inc. is directed to file and serve its Third-Party Complaint.

Entered this 18th day of September, 2007.

Judge John P. Bailey

FILED SEP 18 2007 U.S DISTRICT COURT MARTINSBURG, WV 25401

Prepared by:
/s/ Peter G. Zurbuch
Peter G. Zurbuch State Bar No. 5765
Busch, Zurbuch & Thompson, PLLC
P.O. Box 1819
Elkins, WV 26241
Telephone: (304) 636-3560
Fax: (304) 636-2290
E-mail: pzurbuch@bztlaw.com