IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

ALISHA M. METHOD, ADMINISTRATRIX
Administratrix for the Estate of Steven Roger Method,

    *Plaintiff*

v.                                                Civil Action No. 3:07-cv-52

                                               Judge Bailey

MELVIN DALE ULREY, JR., individual,
LEGENDS TRUCKING, LLC, a Virginia Limited Liability Company
and
TREX COMPANY, INC., a Virginia Corporation,

    *Defendants and Third Party Plaintiffs*

and

MELVIN DALE ULREY, JR., and
LEGENDS TRUCKING, LLC,

    *Third-Party Plaintiffs*

v.

CAPON SPRINGS VOLUNTEER FIRE DEPARTMENT

    *Third-Party Defendant.*

## ORDER GRANTING MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

On the 24th day of September, 2007 comes the Defendants Melvin Dale Ulrey, Jr. and Legends Trucking, LLC pursuant to Rule 14 of the Federal Rules of Civil Procedure and moved this Court for leave to permit it to file a Third Party Complaint against the Capon Springs Volunteer Fire and Rescue Company, Inc. Upon considering

Melvin Dale Ulrey, Jr. and Legends Trucking, LLC's Motion and for good cause shown, the Court hereby does grant said Motion For Leave To File A Third Party Complaint Against Capon Springs Volunteer and Rescue Company, Inc.

Melvin Dale Ulrey, Jr. and Legends Trucking, LLC is directed to file and serve its Third Party Complaint.

Entered this 26th day of September, 2007.

_____
Judge John P. Bailey