**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**ALISHA M. METHOD,
Administratrix for the Estate of
Steven Roger Method,**

       Plaintiff,

**v.**                               **Civil Action No. 3:07-cv-52
(Judge Bailey)**

**MELVIN DALE ULREY, JR., individual,
LEGENDS TRUCKING, LLC, a Virginia
Limited Liability Company
and
TREX COMPANY, INC., a Virginia
Corporation,**

       Defendants.

**and**

**MELVIN DALE ULREY, JR., and
LEGENDS TRUCKING, LLC,**

       Third-Party Plaintiffs,

**v.**

**CAPON SPRINGS VOLUNTEER FIRE
AND RESCUE COMPANY, INC.,**

       Third-Party Defendant.


<u>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**</u>

On October 1, 2007, the above-styled matter came before the Court for consideration of Plaintiff's Motion for Leave to Amend Complaint [Doc. No. 57]. Specifically, plaintiffs seek to add an allegation of negligence on the part of the Capon Springs Volunteer Fire and Rescue Company, which was not included in the original

complaint.  The original defendants were granted leave to file a third-party complaint against Capon Springs Fire and Rescue Company [Doc. No. 54].  After consideration of the allegations in the third-party complaint, plaintiff moved for leave to amend her complaint. Rule of Civil Procedure 15(a) provides that the court shall freely give leave to amend when justice requires.

Therefore, the Court now **ORDERS:**

1)      plaintiffs' motion [Doc. No. 57] is **GRANTED**; and

2)      the Clerk is **DIRECTED** to file the Amended Complaint and make it a part of the docket in this matter.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this Order to all counsel of record herein.

**DATED:** October 4,  2007.


JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE